UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. William H. Walls

             v.               :      Crim. No. 10-cr-876

TERIEK EDWARDS                :      ORDER FOR CONTINUANCE

          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Rodney C. Villazor, Assistant U.S.
Attorney, appearing), and defendant Teriek Edwards (Chester
Keller, Esq., appearing), for an order granting a continuance of
the proceedings in the above-captioned matter, and the defendant
being aware that he has the right to have the matter brought to
trial within 70 days of the date of his appearance before a
judicial officer of this court pursuant to Title 18 of the United
States Code, Section 3161(c)(1), and as the defendant has
consented to such a continuance, and for good and sufficient
cause shown,

          IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

          (1)  The charges in this case involves numerous
witnesses that defense counsel requires adequate time to review
and prepare for;

          (2)  Taking into account the exercise of diligence,
therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8th day of March, 2011,

ORDERED that this action be, and hereby is, continued until April 18, 2011; and it is further

ORDERED that the period from the date of this order through April 18, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney


_____
Chester Keller, Esq.
Counsel for defendant Teriek Edwards