UNITED STATES DISTRICT COURT
                                    DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. William H. Walls

           v.               :    Crim. No. 10-cr-876

TERIEK EDWARDS              :    <u>ORDER FOR CONTINUANCE</u>

   This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant U.S. Attorney, appearing), and defendant Teriek Edwards (Chester Keller, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), five continuances having previously been entered by this Court, and as the defendant has consented to a second continuance, and for good and sufficient cause shown,

   IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   (1) The charges in this case involves numerous witnesses that defense counsel requires adequate time to review and prepare for;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8 day of April, 2012,

ORDERED that this action be, and hereby is, continued from April 24, 2012 through July 23, 2012; and it is further

ORDERED that the period from April 24, 2012 through July 23, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

-2-

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney

_____
Chester Keller, Esq.
Counsel for defendant Teriek Edwards

-3-