UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 2:10cr876 |
| | : | ORDER FOR CONTINUANCE |
| TERIEK EDWARDS | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Teriek Edwards (Chester Keller, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from November 23, 2012 through January 22, 2013, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendants being aware that they have the right to have this matter brought to trial within seventy (70) days of date the defendants appeared before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendants through their attorneys having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendants are involved in plea negotiations with the government, which, if successful, would render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. This is the eight [ninth] continuance order sought by the parties.

WHEREFORE, it is on this 5 day of December 2012,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty (60) day period from November 23, 2012 through January 22, 2013;

IT IS FURTHER ORDERED that the period between November 23, 2012 through January 22, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
Chester Keller
Attorney for Terick Edwards

_____
Sharon Ashe
Assistant United States Attorney

_____
Andrew Carey
Chief, OCDETF and Narcotics Division